UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARFIELD LAWSON,

    Petitioner,

v.

    Case No. 1:02-CV-532

    HON. RICHARD ALAN ENSLEN

DAVID GUNDY,

    Respondent.
_____/

## FINAL ORDER

The Court has reviewed the Report and Recommendation filed March 3, 2008, by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Dkt. No. 45) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

2. The Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DENIED** for the reasons stated in the Report and Recommendation.

3. **A certificate of appealability is denied as to <u>each</u> issue raised by petitioner.**

                                              /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:        RICHARD ALAN ENSLEN
    March 31, 2008              SENIOR UNITED STATES DISTRICT JUDGE